M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

BRYAN ALEXANDER BAXTER )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )
KIM TURNER )
KEITH REED )
ANDY HUGHES )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2008 FEB 26 A 9: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

CIVIL ACTION NO. 1:08CV138-WKW
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

    3. Docket number _____

    4. Name of judge to whom case was assigned _____

    5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

    6. Approximate date of filing lawsuit _____

    7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  HOUSTON COUNTY JAIL 901 EAST MAIN STREET

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  N POD OF LOCKDOWN/CELL RESTRICTION IN THE HCJ

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | KIM TURNER | DOTHAN AL 36301 HCJ 901 EAST MAIN ST. |
| 2. | KEITH REED | DOTHAN AL 36301 HCJ 901 EAST MAIN ST. |
| 3. | ANDY HUGHES | DOTHAN AL 36301 HCJ 901 EAST MAIN ST. |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  01-01-2008

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  CRUEL AND UNUSUAL PUNISHMENT

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON 01-01-2008 IN THE HOUSTON COUNTY JAIL MY RIGHTS WERE VIOLATED AND STILL EXISTS BY SHERRIF ANDY HUGHES, COMMANDER KEITH REED AND SGT KIM TURNER BY THE FACTS THAT I WAS TRANSFERED TO N POD CELL RESTRICTION. DURING MY CELL RESTRICTION HOURS, SHERIFF ANDY HUGHES, SUGGESTS THAT COMMANDER KEITH REED CONSIDERS FOR SGT KIM TURNER TO APPROVE THAT THE CORRECTIONAL OFFICERS ALLOWS CRUEL AND UNUSUAL PUNISHMENT BY TAKING AWAY MATTRESSES, BLANKETS, CLOTHES, HYGEINE ITEMS, PERSONAL MAIL AND COMMISSARY FOOD ITEMS. I AM ONLY

GROUND TWO:

ON CELL RESTRICTION WHICH THAT MEANS FOR ME TO STAY INSIDE OF MY CELL 23 HOURS EACH DAY AWAY FROM THE OTHER INMATES IN POPULATION. COMMANDER REED AND SGT KIM TURNER RESTRAINS THE CELL RESTRICTION INMATES AWAY FROM MAKING PHONE CALLS DURING THEIR HOUR OUT OF

SUPPORTING FACTS:

CELL. I AM ONE OF THE WITNESSES THAT INMATE JEFFREY CALHOUN HAS THAT SIGNED OFF ON HIS 1983 FORM / PETITION. JEFFERY CALHOUN AND I WILL BE HAVING THE SAME WITNESSES WHICH PERTAINS TO SUE FOR PRS- MUTUAL DAMAGES FROM CRUEL AND UNUSUAL PUNISHMENT.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

"I WOULD LIKE FOR THE COURTS TO LEGALLY APPROVE FOR SHERIFF ANDY HUGHES, COMMANDER KEITH REED AND SGT KIM TURNER GIVE BACK THE INMATES IN LOCKDOWN/CELL RESTRICTION ALL THEIR PERSONAL BELONGINGS SUCH AS MATRESSES, BLANKETS, CLOTHES, PERSONAL HYGEINE ITEMS, PERSONAL MAIL AND COMMISSARY FOOD ITEMS AS WELL AS GIVING THE INMATES PHONE PRIVILEGES DURING THEIR HOUR OUT OF CELL RESTRICTION. I WANT TO SUE FOR PRE-MUTUAL DAMAGES.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02-19-2008  .
             (Date)

_____
Signature of plaintiff(s)

BRYAN ALEXANDER BAXTER #56698 N15
HOUSTON COUNTY JAIL 901 EAST MAIN ST.
DOTHAN, ALABAMA 36301

PITNEY BOWES
02 1M $ 00.75
0004237211 FEB 25 2008
MAILED FROM ZIP CODE 36303

UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711