AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

BRYAN ALEXANDER BAXTER District of HOUSTON COUNTY

*FEB 26 A 9:56*
*DEBRA P. HACKETT*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT ALA*

Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:08CV138-WKW

Defendant

I, BRYAN ALEXANDER BAXTER declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  HOUSTON COUNTY JAIL

    Are you employed at the institution? NO   Do you receive any payment from the institution? NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    02-01-2006 CHURCHES CHICKEN $5.25 PER HOUR EMPLOYER MS. CLARISSA / 01-29-2006 PICCADILLY CAFE

3. In the past 12 twelve months have you received any money from any of the following sources? $5.75 PER HR EMPLOYER MR. MIKE AND MR. CHARLES

    a. Business, profession or other self-employment   ☐ Yes   ☑ No
    b. Rent payments, interest or dividends   ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
    d. Disability or workers compensation payments   ☐ Yes   ☑ No
    e. Gifts or inheritances   ☐ Yes   ☑ No
    f. Any other sources   ☐ Yes   ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. __$750.00__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

__02-19-2008__    __Bryan Alexander Bailey__
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Resident Account Summary
Thursday, February 21, 2008  @11:45

For CIN: 56698    BAXTER, BRIAN ALEXANDER

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 02/21/2008 | <PROPERTY> | SENT SUMMARY | -1.00 | 757.78 | 0.00 | 0.00 | |
| 02/21/2008 | PROPERTY | SENT SUMMARY | 1.00 | 758.78 | 1.00 | 0.00 | |
| 02/21/2008 | <MEDCO> | TYL | -0.50 | 758.78 | 0.00 | 0.00 | |
| 02/21/2008 | MEDCO | TYL | 0.50 | 759.28 | 0.50 | 0.00 | |
| 02/20/2008 | EPR | OID:100054429-ComisaryPur | -8.64 | 759.28 | 0.00 | 0.00 | |
| 02/20/2008 | DEPMO | R101282472511 | 50.00 | 767.92 | 0.00 | 0.00 | |
| 02/14/2008 | <MEDCO> | TYL | -0.50 | 717.92 | 0.00 | 0.00 | |
| 02/14/2008 | MEDCO | TYL | 0.50 | 718.42 | 0.50 | 0.00 | |
| 02/13/2008 | EPR | OID:100054031-ComisaryPur | -19.94 | 718.42 | 0.00 | 0.00 | |
| 02/12/2008 | DEPMO | R101107218950 | 50.00 | 738.36 | 0.00 | 0.00 | |
| 02/06/2008 | EPR | OID:100053957-ComisaryPur | -9.14 | 688.36 | 0.00 | 0.00 | |
| 02/05/2008 | DEPMO | R101107216232 | 100.00 | 697.50 | 0.00 | 0.00 | |
| 02/01/2008 | <MEDCO> | TYL | -0.50 | 597.50 | 0.00 | 0.00 | |
| 02/01/2008 | MEDCO | TYL | 0.50 | 598.00 | 0.50 | 0.00 | |
| 01/29/2008 | EPR | OID:100053545-ComisaryPur | -4.35 | 598.00 | 0.00 | 0.00 | |
| 01/23/2008 | EPR | OID:100053302-ComisaryPur | -5.90 | 602.35 | 0.00 | 0.00 | |
| 01/14/2008 | EPR | OID:100053123-ComisaryPur | -17.74 | 608.25 | 0.00 | 0.00 | |
| 01/14/2008 | DEPMO | 57020284442 | 50.00 | 625.99 | 0.00 | 0.00 | |
| 01/07/2008 | EPR | OID:100052804-ComisaryPur | -5.54 | 575.99 | 0.00 | 0.00 | |
| 01/07/2008 | ERF | OID:100052116-ComisaryRef | 6.80 | 581.53 | 0.00 | 0.00 | |
| 01/07/2008 | DEPMO | 5702028424 | 50.00 | 574.73 | 0.00 | 0.00 | |
| 01/04/2008 | MEDCO | VOID-PA112907 | -20.00 | 524.73 | 0.00 | 0.00 | |
| 01/04/2008 | <MEDCO> | VOID-PA112907 | 20.00 | 524.73 | 20.00 | 0.00 | |
| 01/02/2008 | EPR | OID:100052713-ComisaryPur | -24.75 | 504.73 | 0.00 | 0.00 | |
| 01/02/2008 | DEPMO | 5702028394 | 50.00 | 529.48 | 0.00 | 0.00 | |
| 12/26/2007 | EPR | OID:100052584-ComisaryPur | -49.59 | 479.48 | 0.00 | 0.00 | |
| 12/26/2007 | DEPMO | 10087520246 | 200.00 | 529.07 | 0.00 | 0.00 | |
| 12/18/2007 | EPR | OID:100052292-ComisaryPur | -49.65 | 329.07 | 0.00 | 0.00 | |
| 12/17/2007 | DEPMO | 10087520143 | 65.00 | 378.72 | 0.00 | 0.00 | |
| 12/11/2007 | EPR | OID:100052116-ComisaryPur | -49.71 | 313.72 | 0.00 | 0.00 | |
| 12/10/2007 | DEPMO | 10087519989 | 50.00 | 363.43 | 0.00 | 0.00 | |
| 12/04/2007 | <MEDCO> | PA112907 | -20.00 | 313.43 | 0.00 | 0.00 | |
| 12/04/2007 | MEDCO | PA112907 | 20.00 | 333.43 | 20.00 | 0.00 | |
| 12/04/2007 | EPR | OID:100051788-ComisaryPur | -7.80 | 333.43 | 0.00 | 0.00 | |
| 11/30/2007 | <PHONE> | 1873904207 | -10.00 | 341.23 | 0.00 | 0.00 | |
| 11/30/2007 | PHONE | 1873904207 | 10.00 | 351.23 | 10.00 | 0.00 | |
| 11/28/2007 | <MEDCO> | GAS | -0.50 | 351.23 | 0.00 | 0.00 | |
| 11/28/2007 | MEDCO | GAS | 0.50 | 351.73 | 0.50 | 0.00 | |
| 11/26/2007 | EPR | OID:100051679-ComisaryPur | -7.33 | 351.73 | 0.00 | 0.00 | |
| 11/26/2007 | DEPMO | 10087520911 | 50.00 | 359.06 | 0.00 | 0.00 | |
| 11/20/2007 | EPR | OID:100051375-ComisaryPur | -45.67 | 309.06 | 0.00 | 0.00 | |
| 11/12/2007 | EPR | OID:100051084-ComisaryPur | -20.84 | 354.73 | 0.00 | 0.00 | |
| 11/12/2007 | DEPMO | 10087520643 | 100.00 | 375.57 | 0.00 | 0.00 | |
| 11/06/2007 | EPR | OID:100050939-ComisaryPur | -26.67 | 275.57 | 0.00 | 0.00 | |
| 11/05/2007 | DEPMO | 10080984529 | 25.00 | 302.24 | 0.00 | 0.00 | |
| 10/29/2007 | EPR | OID:100050575-ComisaryPur | -37.33 | 277.24 | 0.00 | 0.00 | |
| 10/29/2007 | DEPMO | 10080984276 | 100.00 | 314.57 | 0.00 | 0.00 | |
| 10/25/2007 | <PHONE> | 1804900277 | -10.00 | 214.57 | 0.00 | 0.00 | |
| 10/25/2007 | PHONE | 1804900277 | 10.00 | 224.57 | 10.00 | 0.00 | |
| 10/22/2007 | EPR | OID:100050449-ComisaryPur | -30.63 | 224.57 | 0.00 | 0.00 | |
| 10/22/2007 | DEPMO | 5696423047 | 60.00 | 255.20 | 0.00 | 0.00 | |
| 10/15/2007 | EPR | OID:100050039-ComisaryPur | -22.13 | 195.20 | 0.00 | 0.00 | |
| 10/15/2007 | DEPMO | 10080984006 | 50.00 | 217.33 | 0.00 | 0.00 | |
| 10/08/2007 | <PHONE> | 1801603325 | -10.00 | 167.33 | 0.00 | 0.00 | |
| 10/08/2007 | PHONE | 1801603325 | 10.00 | 177.33 | 10.00 | 0.00 | |
| 10/08/2007 | EPR | OID:100049774-ComisaryPur | -56.63 | 177.33 | 0.00 | 0.00 | |
| 10/08/2007 | DEPMO | 57020281956 | 50.00 | 233.96 | 0.00 | 0.00 | |
| 10/05/2007 | ERF | OID:100049184-ComisaryRef | 0.85 | 183.96 | 0.00 | 0.00 | |
| 10/03/2007 | <MEDCO> | TY | -0.50 | 183.11 | 0.00 | 0.00 | |

```
===========================================================
                    HOUSTON COUNTY JAIL
===========================================================
                   Resident Account Summary
                Thursday, February 21, 2008  @11:45
==============================================================================
For CIN: 56698      BAXTER, BRIAN ALEXANDER
------------------------------------------------------------------------------
   Date    Transaction Description              Amount   Balance    Owed    Held    Reference
------------------------------------------------------------------------------
10/03/2007 MEDCO       TY                         0.50    183.61    0.50    0.00
10/01/2007 DEPMO       10080983509               50.00    183.61    0.00    0.00
09/25/2007 <MEDCO>     TY                        -0.50    133.61    0.00    0.00
09/25/2007 MEDCO       TY                         0.50    134.11    0.50    0.00
09/25/2007 EPR         OID:100049294-ComisaryPur -59.67    134.11    0.00    0.00
09/24/2007 DEPMO       5702028125                50.00    193.78    0.00    0.00
09/24/2007 DEPMO       5702028138                50.00    143.78    0.00    0.00
09/19/2007 EPR         OID:100049184-ComisaryPur -54.84     93.78    0.00    0.00
09/18/2007 ERF         OID:100048616-ComisaryRef  1.95    148.62    0.00    0.00
09/18/2007 DEPMO       20037266781               50.00    146.67    0.00    0.00
09/11/2007 EPR         OID:100048988-ComisaryPur -31.83     96.67    0.00    0.00
09/10/2007 DEPMO       20037267258               50.00    128.50    0.00    0.00
09/05/2007 EPR         OID:100048616-ComisaryPur -32.56     78.50    0.00    0.00
08/28/2007 EPR         OID:100048443-ComisaryPur  -9.95    111.06    0.00    0.00
08/27/2007 ERF         OID:100048106-ComisaryRef  0.90    121.01    0.00    0.00
08/27/2007 DEPMO       10068742398               50.00    120.11    0.00    0.00
08/23/2007 <MEDCO>     LPN,SUPPOSIT,HEM CREAM081 -9.00     70.11    0.00    0.00
08/23/2007 MEDCO       LPN,SUPPOSIT,HEM CREAM081  9.00     79.11    9.00    0.00
08/22/2007 <MEDCO>     INHALER080707            -10.00     79.11    0.00    0.00
08/22/2007 MEDCO       INHALER080707             10.00     89.11   10.00    0.00
08/22/2007 EPR         OID:100048106-ComisaryPur  -3.74     89.11    0.00    0.00
08/18/2007 DEPMO       57020280328              50.00     92.85    0.00    0.00
08/15/2007 EPR         OID:100047860-ComisaryPur -30.50     42.85    0.00    0.00
08/12/2007 DEPMO       R200242532699            25.00     73.35    0.00    0.00
08/12/2007 DEPMO       57020280064              25.00     48.35    0.00    0.00
08/08/2007 EPR         OID:100047725-ComisaryPur -39.20     23.35    0.00    0.00
08/06/2007 DEPMO       10068741815              50.00     62.55    0.00    0.00
07/31/2007 EPR         OID:100047357-ComisaryPur -49.40     12.55    0.00    0.00
07/27/2007 <MEDCO>     SUPPOSITORIES072407       -2.00     61.95    0.00    0.00
07/27/2007 MEDCO       SUPPOSITORIES072407        2.00     63.95    2.00    0.00
07/27/2007 <MEDCO>     LPN072407                 -5.00     63.95    0.00    0.00
07/27/2007 MEDCO       LPN072407                  5.00     68.95    5.00    0.00
07/24/2007 EPR         OID:100047157-ComisaryPur -49.90     68.95    0.00    0.00
07/23/2007 DEPMO       20028295378             100.00    118.85    0.00    0.00
07/10/2007 EPR         OID:100046866-ComisaryPur  -7.95     18.85    0.00    0.00
07/03/2007 EPR         OID:100046510-ComisaryPur -44.05     26.80    0.00    0.00
06/27/2007 <MEDCO>     BENADRYL,LPN062007       -10.00     70.85    0.00    0.00
06/27/2007 MEDCO       BENADRYL,LPN062007        10.00     80.85   10.00    0.00
06/25/2007 EPR         OID:100046289-ComisaryPur -49.75     80.85    0.00    0.00
06/25/2007 DEPMO       10054770828              50.00    130.60    0.00    0.00
06/21/2007 <PHONE>     1752103114               -10.00     80.60    0.00    0.00
06/21/2007 PHONE       1752103114                10.00     90.60   10.00    0.00
06/20/2007 EPR         OID:100046160-ComisaryPur -49.40     90.60    0.00    0.00
06/19/2007 <MEDCO>     BLANKET 061207           -10.00    140.00    0.00    0.00
06/19/2007 MEDCO       BLANKET 061207            10.00    150.00   10.00    0.00
06/13/2007 DEPMO       54900753347             100.00    150.00    0.00    0.00
06/13/2007 DEPMO       11307328380              25.00     50.00    0.00    0.00
06/05/2007 EPR         OID:100045991-ComisaryPur -99.40     25.00    0.00    0.00
05/31/2007 EPR         OID:100045683-ComisaryPur -49.55    124.40    0.00    0.00
05/31/2007 DEPMO       5490075295               50.00    173.95    0.00    0.00
05/30/2007 <PHONE>     1729105755              -10.00    123.95    0.00    0.00
05/30/2007 PHONE       1729105755               10.00    133.95   10.00    0.00
05/16/2007 EPR         OID:100045471-ComisaryPur -49.80    133.95    0.00    0.00
05/15/2007 <PHONE>     1735901409              -10.00    183.75    0.00    0.00
05/15/2007 PHONE       1735901409               10.00    193.75   10.00    0.00
05/14/2007 DEPMO       5490075263               50.00    193.75    0.00    0.00
05/11/2007 <PHONE>     1733807422              -10.00    143.75    0.00    0.00
05/11/2007 PHONE       1733807422               10.00    153.75   10.00    0.00
05/08/2007 EPR         OID:100045169-ComisaryPur -49.30    153.75    0.00    0.00
------------------------------------------------------------------------------
                              Page 2
```

```
===========================================================
                    HOUSTON COUNTY JAIL
===========================================================
                   Resident Account Summary
              Thursday, February 21, 2008  @11:45
==============================================================================
For CIN: 56698    BAXTER, BRIAN ALEXANDER
------------------------------------------------------------------------------
  Date     Transaction Description              Amount   Balance   Owed    Held     Reference
------------------------------------------------------------------------------
05/05/2007 DEPMO       54900752324              50.00    203.05    0.00    0.00
05/02/2007 <MEDCO>     BENADRYL,CARMEX,LPN042707 -12.00   153.05    0.00    0.00
05/02/2007 MEDCO       BENADRYL,CARMEX,LPN042707  12.00   165.05   12.00    0.00
05/01/2007 ERF         OID:100044550-ComisaryRef  1.85    165.05    0.00    0.00
04/30/2007 EPR         OID:100044959-ComisaryPur -42.25   163.20    0.00    0.00
04/24/2007 EPR         OID:100044716-ComisaryPur -49.85   205.45    0.00    0.00
04/23/2007 DEPMO       54900752093              50.00    255.30    0.00    0.00
04/11/2007 EPR         OID:100044550-ComisaryPur  -7.50   205.30    0.00    0.00
04/09/2007 DEPMO       5490075185               80.00    212.80    0.00    0.00
04/09/2007 DEPMO       5490075156               20.00    132.80    0.00    0.00
04/03/2007 EPR         OID:100044317-ComisaryPur -24.85   112.80    0.00    0.00
03/26/2007 DEPMO       EASTERLING CK#2505       50.05    137.65    0.00    0.00
03/26/2007 DEPMO       5490075126               50.00     87.60    0.00    0.00
03/20/2007 EPR         OID:100044012-ComisaryPur -34.90    37.60    0.00    0.00
03/16/2007 <MEDCO>     TYL                      -0.50     72.50    0.00    0.00
03/16/2007 MEDCO       TYL                       0.50     73.00    0.50    0.00
03/12/2007 DEPMO       5490075114               50.00     73.00    0.00    0.00
03/09/2007 <MEDCO>     TYL                      -0.50     23.00    0.00    0.00
03/09/2007 MEDCO       TYL                       0.50     23.50    0.50    0.00
03/06/2007 EPR         OID:100043584-ComisaryPur -26.00    23.50    0.00    0.00
03/05/2007 <MEDCO>     Payment for MEDCO on 2006 -0.50     49.50    0.00    0.00
03/05/2007 DEPMO       54900750916              50.00     50.00    0.50    0.00
03/05/2007 DEPCASH     INITIAL DEPOSIT - REINSTA  0.00      0.00    0.50    0.00
12/22/2006 MEDCO       TYL                       0.50      0.00    0.50    0.00
12/19/2006 RELEASE FUN RELEASE OR CLOSEOUT TRANS -167.20    0.00    0.00    0.00
12/17/2006 DEPMO       54900758847             100.00    167.20    0.00    0.00
12/17/2006 <PHONE>     1635400027              -10.00     67.20    0.00    0.00
12/17/2006 PHONE       1635400027               10.00     77.20   10.00    0.00
12/13/2006 <PHONE>     1635308707              -10.00     77.20    0.00    0.00
12/13/2006 PHONE       1635308707               10.00     87.20   10.00    0.00
12/13/2006 <MEDCO>     HYDROCORT121106          -2.50     87.20    0.00    0.00
12/13/2006 MEDCO       HYDROCORT121106           2.50     89.70    2.50    0.00
12/13/2006 EPR         OID:100041192-ComisaryPur -19.25    89.70    0.00    0.00
12/10/2006 DEPMO       54900758704              50.00    108.95    0.00    0.00
12/08/2006 <MEDCO>     LPN/LAMISIL 112806       -10.00     58.95    0.00    0.00
12/08/2006 MEDCO       LPN/LAMISIL 112806        10.00     68.95   10.00    0.00
12/06/2006 EPR         OID:100041106-ComisaryPur -31.80    68.95    0.00    0.00
12/05/2006 DEPMO       5490075848               50.00    100.75    0.00    0.00
12/01/2006 <MEDCO>     TYL                      -0.50     50.75    0.00    0.00
12/01/2006 MEDCO       TYL                       0.50     51.25    0.50    0.00
11/29/2006 EPR         OID:100040957-ComisaryPur -49.30    51.25    0.00    0.00
11/28/2006 DEPMO       5490075825              100.00    100.55    0.00    0.00
11/20/2006 EPR         OID:100040800-ComisaryPur -49.45     0.55    0.00    0.00
11/20/2006 DEPMO       54900758187              50.00     50.00    0.00    0.00
11/20/2006 DEPCASH     INITIAL DEPOSIT - REINSTA  0.00      0.00    0.00    0.00
09/20/2006 RELEASE FUN RELEASE OR CLOSEOUT TRANS -161.22    0.00    0.00    0.00
09/17/2006 DEPMO       49027007623              75.00    161.22    0.00    0.00
09/17/2006 <MEDCO>     LPN FU NO CHARGE 090806   0.00     86.22    0.00    0.00
09/17/2006 MEDCO       LPN FU NO CHARGE 090806   0.00     86.22    0.00    0.00
09/12/2006 <MEDCO>     ANT                      -0.50     86.22    0.00    0.00
09/12/2006 MEDCO       ANT                       0.50     86.72    0.50    0.00
09/12/2006 <MEDCO>     BLANKET083106            -10.00     86.72    0.00    0.00
09/12/2006 MEDCO       BLANKET083106             10.00     96.72   10.00    0.00
09/12/2006 EPR         OID:100039351-ComisaryPur -17.30    96.72    0.00    0.00
09/10/2006 DEPMO       54900756823             100.00    114.02    0.00    0.00
09/08/2006 <MEDCO>     LPN,AMOX,DOXY08302006    -25.00     14.02    0.00    0.00
09/08/2006 MEDCO       LPN,AMOX,DOXY08302006     25.00     39.02   25.00    0.00
09/08/2006 <MEDCO>     GAS                      -0.50     39.02    0.00    0.00
09/08/2006 MEDCO       GAS                       0.50     39.52    0.50    0.00
------------------------------------------------------------------------------
                              Page 3
```

```
========================================================================
                         HOUSTON COUNTY JAIL
========================================================================
                         Resident Account Summary
                       Thursday, February 21, 2008  @11:45
  ========================================================================
For CIN: 56698    BAXTER, BRIAN ALEXANDER
------------------------------------------------------------------------
   Date    Transaction  Description             Amount   Balance    Owed    Held   Reference
------------------------------------------------------------------------
09/06/2006 EPR          OID:100039034-ComisaryPur -34.00    39.52    0.00    0.00
09/04/2006 <MEDCO>      Payment for MEDCO on 2006  -0.50    73.52    0.00    0.00
09/04/2006 <MEDCO>      Payment for MEDCO on 2006  -0.50    74.02    0.50    0.00
09/04/2006 <MEDCO>      Payment for MEDCO on 2006  -0.48    74.52    1.00    0.00
09/04/2006 DEPMO        5490075671                75.00    75.00    1.48    0.00
08/31/2006 MEDCO        GAS                        0.50     0.00    1.48    0.00
08/30/2006 MEDCO        GAS                        0.50     0.00    0.98    0.00
08/30/2006 <MEDCO>      GAS                       -0.02     0.00    0.48    0.00
08/30/2006 MEDCO        GAS                        0.50     0.02    0.50    0.00
08/30/2006 EPR          OID:100038785-ComisaryPur -50.00    0.02    0.00    0.00
08/28/2006 DEPCASH      5490075649                50.00    50.02    0.00    0.00
08/22/2006 EPR          OID:100038627-ComisaryPur -44.20    0.02    0.00    0.00
08/21/2006 <MEDCO>      Payment for MEDCO on 2006  -0.50    44.22    0.00    0.00
08/21/2006 <MEDCO>      Payment for MEDCO on 2006  -5.78    44.72    0.50    0.00
08/21/2006 DEPMO        54900756317               50.00    50.50    6.28    0.00
08/15/2006 <MEDCO>      LPN-F/U=NC081006           0.00     0.50    6.28    0.00
08/15/2006 MEDCO        LPN-F/U=NC081006           0.00     0.50    6.28    0.00
08/15/2006 EPR          OID:100038325-ComisaryPur -14.50    0.50    6.28    0.00
08/14/2006 <MEDCO>      Payment for MEDCO on 2006 -15.00    15.00    6.28    0.00
08/14/2006 DEPMO        54900756174               30.00    30.00   21.28    0.00
08/11/2006 MEDCO        GAS                        0.50     0.00   21.28    0.00
08/08/2006 <MEDCO>      LPN,CRNP,AMOXICILLIN08020 -14.22    0.00   20.78    0.00
08/08/2006 MEDCO        LPN,CRNP,AMOXICILLIN08020 35.00    14.22   35.00    0.00
08/08/2006 EPR          OID:100038056-ComisaryPur -50.05   14.22    0.00    0.00
08/07/2006 DEPMO        5490075609                60.00    64.27    0.00    0.00
08/05/2006 <MEDCO>      ANT/GAS                   -1.00     4.27    0.00    0.00
08/05/2006 MEDCO        ANT/GAS                    1.00     5.27    1.00    0.00
08/01/2006 EPR          OID:100037986-ComisaryPur -49.25    5.27    0.00    0.00
07/31/2006 ERF          OID:100037751-ComisaryRef  1.45    54.52    0.00    0.00
07/30/2006 DEPMO        48881043090               50.00    53.07    0.00    0.00
07/26/2006 <MEDCO>      GAS                       -0.50     3.07    0.00    0.00
07/26/2006 MEDCO        GAS                        0.50     3.57    0.50    0.00
07/26/2006 <MEDCO>      ANT                       -0.50     3.57    0.00    0.00
07/26/2006 MEDCO        ANT                        0.50     4.07    0.50    0.00
07/26/2006 EPR          OID:100037751-ComisaryPur -46.00    4.07    0.00    0.00
07/23/2006 DEPMO        48881042408               50.00    50.07    0.00    0.00
07/19/2006 <MEDCO>      ANT                       -0.50     0.07    0.00    0.00
07/19/2006 MEDCO        ANT                        0.50     0.57    0.50    0.00
07/18/2006 EPR          OID:100037536-ComisaryPur -44.85    0.57    0.00    0.00
07/17/2006 <MEDCO>      Payment for MEDCO on 2006  -4.58   45.42    0.00    0.00
07/17/2006 DEPMO        4888104157                50.00    50.00    4.58    0.00
07/13/2006 <MEDCO>      ALBUTEROL071106           -5.42     0.00    4.58    0.00
07/13/2006 MEDCO        ALBUTEROL071106           10.00     5.42   10.00    0.00
07/11/2006 ERF          OID:100037168-ComisaryRef  5.10     5.42    0.00    0.00
07/11/2006 EPR          OID:100037270-ComisaryPur -40.75    0.32    0.00    0.00
07/10/2006 <MEDCO>      Payment for MEDCO on 2006  -8.93   41.07    0.00    0.00
07/10/2006 DEPMO        4881014178                50.00    50.00    8.93    0.00
07/10/2006 <MEDCO>      ALBUTEROL 062706          -1.07     0.00    8.93    0.00
07/10/2006 MEDCO        ALBUTEROL 062706          10.00     1.07   10.00    0.00
07/05/2006 EPR          OID:100037168-ComisaryPur -48.95    1.07    0.00    0.00
07/03/2006 DEPMO        4835248896                50.00    50.02    0.00    0.00
06/27/2006 EPR          OID:100036860-ComisaryPur -40.80    0.02    0.00    0.00
06/25/2006 <MEDCO>      Payment for MEDCO on 2006  -9.18   40.82    0.00    0.00
06/25/2006 DEPMO        48352488151               50.00    50.00    9.18    0.00
06/23/2006 <MEDCO>      ALBUTEROL061606           -0.82     0.00    9.18    0.00
06/23/2006 MEDCO        ALBUTEROL061606           10.00     0.82   10.00    0.00
06/20/2006 EPR          OID:100036636-ComisaryPur -49.18    0.82    0.00    0.00
06/19/2006 DEPMO        85469957                  50.00    50.00    0.00    0.00
06/19/2006 DEPCASH      INITIAL DEPOSIT - REINSTA  0.00     0.00    0.00    0.00
------------------------------------------------------------------------
                                 Page 4
```

Resident Account Summary
Thursday, February 21, 2008 @11:45

For CIN: 56698    BAXTER, BRIAN ALEXANDER

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 10/31/2005 | RELEASE FUN | RELEASE OR CLOSEOUT TRANS: | -54.45 | 0.00 | 0.00 | 0.00 | |
| 10/31/2005 | ERF | OID:100029698-ComisaryRef | 0.80 | 54.45 | 0.00 | 0.00 | |
| 10/18/2005 | <MEDCO> | DR BANNER/DOXY 100405 | -30.00 | 53.65 | 0.00 | 0.00 | |
| 10/18/2005 | MEDCO | DR BANNER/DOXY 100405 | 30.00 | 83.65 | 30.00 | 0.00 | |
| 10/17/2005 | EPR | OID:100029967-ComisaryPur | -24.70 | 83.65 | 0.00 | 0.00 | |
| 10/17/2005 | <MEDCO> | TYL | -0.50 | 108.35 | 0.00 | 0.00 | |
| 10/17/2005 | MEDCO | TYL | 0.50 | 108.85 | 0.50 | 0.00 | |
| 10/17/2005 | <MEDCO> | ANT | -0.50 | 108.85 | 0.00 | 0.00 | |
| 10/17/2005 | MEDCO | ANT | 0.50 | 109.35 | 0.50 | 0.00 | |
| 10/17/2005 | <MEDCO> | TYL | -0.50 | 109.35 | 0.00 | 0.00 | |
| 10/17/2005 | MEDCO | TYL | 0.50 | 109.85 | 0.50 | 0.00 | |
| 10/17/2005 | DEPCASH | TAYLOR | 100.00 | 109.85 | 0.00 | 0.00 | |
| 10/13/2005 | ERF | OID:100029521-ComisaryRef | 0.80 | 9.85 | 0.00 | 0.00 | |
| 10/12/2005 | EPR | OID:100029698-ComisaryPur | -18.60 | 9.05 | 0.00 | 0.00 | |
| 10/04/2005 | EPR | OID:100029521-ComisaryPur | -50.00 | 27.65 | 0.00 | 0.00 | |
| 10/03/2005 | DEPCASH | MARIA | 60.00 | 77.65 | 0.00 | 0.00 | |
| 09/27/2005 | EPR | OID:100029349-ComisaryPur | -36.85 | 17.65 | 0.00 | 0.00 | |
| 09/26/2005 | DEPCASH | INITIAL DEPOSIT - REINSTA | 0.00 | 54.50 | 0.00 | 0.00 | |
| 09/26/2005 | <MEDCO> | Payment for MEDCO on 2005 | -0.50 | 54.50 | 0.00 | 0.00 | |
| 09/26/2005 | DEPCASH | M BAXTER | 55.00 | 55.00 | 0.50 | 0.00 | |
| 03/19/2005 | MEDCO | TYELNOL 011805 | 0.50 | 0.00 | 0.50 | 0.00 | |
| 03/02/2005 | RELEASE FUN | RELEASE OR CLOSEOUT TRANS: | -112.38 | 0.00 | 0.00 | 0.00 | |
| 02/15/2005 | EPR | OID:100022126-ComisaryPur | -14.25 | 112.38 | 0.00 | 0.00 | |
| 02/14/2005 | ERF | OID:100021873-ComisaryRef | 1.75 | 126.63 | 0.00 | 0.00 | |
| 02/07/2005 | EPR | OID:100021873-ComisaryPur | -30.05 | 124.88 | 0.00 | 0.00 | |
| 02/07/2005 | ERF | OID:100021334-ComisaryRef | 0.80 | 154.93 | 0.00 | 0.00 | |
| 02/06/2005 | DEPCASH | CALEB | 10.00 | 154.13 | 0.00 | 0.00 | |
| 01/25/2005 | EPR | OID:100021334-ComisaryPur | -49.45 | 144.13 | 0.00 | 0.00 | |
| 01/19/2005 | <MEDCO> | TETRACYCLINE AND CRNP 123 | -15.00 | 193.58 | 0.00 | 0.00 | |
| 01/19/2005 | MEDCO | TETRACYCLINE AND CRNP 123 | 15.00 | 208.58 | 15.00 | 0.00 | |
| 01/18/2005 | EPR | OID:100021200-ComisaryPur | -4.78 | 208.58 | 0.00 | 0.00 | |
| 01/18/2005 | DEPCASH | CALEB BAXTER | 50.00 | 213.36 | 0.00 | 0.00 | |
| 01/11/2005 | EPR | OID:100020977-ComisaryPur | -0.74 | 163.36 | 0.00 | 0.00 | |
| 01/09/2005 | DEPCASH | CALEB BAXTER | 70.00 | 164.10 | 0.00 | 0.00 | |
| 01/04/2005 | EPR | OID:100020873-ComisaryPur | -32.70 | 94.10 | 0.00 | 0.00 | |
| 01/04/2005 | ERF | OID:100020600-ComisaryRef | 0.75 | 126.80 | 0.00 | 0.00 | |
| 01/03/2005 | DEPCASH | CALEB BAXTER | 70.00 | 126.05 | 0.00 | 0.00 | |
| 12/30/2004 | <MEDCO> | LPN 122704 | -1.00 | 56.05 | 0.00 | 0.00 | |
| 12/30/2004 | MEDCO | LPN 122704 | 1.00 | 57.05 | 1.00 | 0.00 | |
| 12/30/2004 | <MEDCO> | LPN AND SALT 122804 | -1.50 | 57.05 | 0.00 | 0.00 | |
| 12/30/2004 | MEDCO | LPN AND SALT 122804 | 1.50 | 58.55 | 1.50 | 0.00 | |
| 12/30/2004 | <MEDCO> | BENADRYL SHOT 122204 | -5.00 | 58.55 | 0.00 | 0.00 | |
| 12/30/2004 | MEDCO | BENADRYL SHOT 122204 | 5.00 | 63.55 | 5.00 | 0.00 | |
| 12/30/2004 | <MEDCO> | VOID-LPN AND ANTIBIOTIC O | 1.50 | 63.55 | 0.00 | 0.00 | |
| 12/30/2004 | MEDCO | VOID-LPN AND ANTIBIOTIC O | -1.50 | 62.05 | -1.50 | 0.00 | |
| 12/30/2004 | <MEDCO> | LPN AND ANTIBIOTIC OINT 1 | -1.50 | 62.05 | 0.00 | 0.00 | |
| 12/30/2004 | MEDCO | LPN AND ANTIBIOTIC OINT 1 | 1.50 | 63.55 | 1.50 | 0.00 | |
| 12/30/2004 | <MEDCO> | LPN AND ANTIBIOTIC OINT 1 | -1.50 | 63.55 | 0.00 | 0.00 | |
| 12/30/2004 | MEDCO | LPN AND ANTIBIOTIC OINT 1 | 1.50 | 65.05 | 1.50 | 0.00 | |
| 12/28/2004 | EPR | OID:100020600-ComisaryPur | -3.40 | 65.05 | 0.00 | 0.00 | |
| 12/28/2004 | ERF | OID:100020458-ComisaryRef | 8.25 | 68.45 | 0.00 | 0.00 | |
| 12/27/2004 | DEPCASH | MR BAXTER | 45.00 | 60.20 | 0.00 | 0.00 | |
| 12/21/2004 | EPR | OID:100020458-ComisaryPur | -49.75 | 15.20 | 0.00 | 0.00 | |
| 12/21/2004 | ERF | OID:100020143-ComisaryRef | 0.65 | 64.95 | 0.00 | 0.00 | |
| 12/19/2004 | <MEDCO> | TYLENOL | -0.50 | 64.30 | 0.00 | 0.00 | |
| 12/19/2004 | MEDCO | TYLENOL | 0.50 | 64.80 | 0.50 | 0.00 | |
| 12/18/2004 | DEPCASH | CALEB BAXTER | 50.00 | 64.80 | 0.00 | 0.00 | |
| 12/14/2004 | EPR | OID:100020143-ComisaryPur | -35.20 | 14.80 | 0.00 | 0.00 | |
| 12/12/2004 | DEPCASH | CALEB BAXTER | 50.00 | 50.00 | 0.00 | 0.00 | |