IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN ALEXANDER BAXTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08-CV-138-WKW |
| | ) [WO] |
| | ) |
| KIM TURNER, et al., | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On February 26, 2008, Bryan Alexander Baxter ["Baxter"], a county inmate, filed a civil complaint challenging the conditions of confinement to which he is subjected at the Houston County Jail. Upon initiation of this cause of action, Baxter sought leave to proceed *in forma pauperis*. In support of this request, Baxter submitted financial information compiled by an authorized jail official showing the relevant activity in Baxter's inmate account.

A review of the financial information submitted herein revealed that at the time Baxter filed the instant complaint he had $757.78 in his jail account. Based on the foregoing information, the court entered an order pursuant to the provisions of 28 U.S.C. § 1915(b)(1) requiring that on or before March 12, 2008 Baxter pay the requisite $350.00 filing fee. *Order of February 26, 2008 - Court Doc. No. 3*. The court advised Baxter that it is his responsibility to undertake the appropriate measures to ensure payment of the filing

fee and specifically cautioned him that failure to pay the fee would result in the dismissal of this case. *Id*. at 2-3. Baxter has filed nothing in response to the order entered on February 26, 2008. More specifically, he has failed to pay the $350.00 filing fee in compliance with the directives of such order. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to pay the $350.00 filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as ordered by this court.

It is further

ORDERED that on or before April 10, 2008 the parties may file objections to this Recommendation. Any objections filed must clearly identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v.*

*Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 28th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE