04-07-08

1:08 CV 138 - WKW

Dear Ms. Debra P. Hackett,

In February, I filed a 1983 on the complaint of cruel and unusual punishment. The defendant against my case is Kim Turner. Case # 1:08 CV 138. The $375.00 I could've paid to have the case filed but the record and docket area of the jail hasn't replied to my request to send the $375.00. Due to the case dismiss, I'd like to pick the case again as soon as docket responds to my request. Please send me another 1983 form.

Bryan Alexander Baker

RECEIVED 2008 APR -9 A 9: 14 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

BRYAN BAXTER #56698 N 15
HCJ 901 EAST MAIN ST.
DOTHAN AL 36301



Houston Co. Jail Inmate Mail

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT
COURT P.O. BOX 711
MONTGOMERY AL 36101-0711

36101+0711-11 B007