IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN ALEXANDER BAXTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08-CV-138-WKW |
| | ) |
| KIM TURNER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of document filed by the plaintiff on April 9, 2008 (Court Doc. No. 5), which the court construes as a motion for extension of time to submit the $350.00 filing fee, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. The plaintiff be and is hereby GRANTED an extension from March 12, 2008 to and including April 25, 2008 to submit the $350.00 filing fee in compliance with the directives of the order entered on February 26, 2008 (Court Doc. No. 3).

3. The Recommendation entered on March 28, 2008 (Court Doc. No. 4) be and is hereby WITHDRAWN.

The Clerk is DIRECTED to provide a copy of this order and the February 26, 2008 order (Court Doc. No. 3) to the inmate account clerk at the Houston County Jail. The

plaintiff is again advised that it is ***his responsibility*** to ensure that the filing fee is transmitted to this court in accordance with the orders entered in this case. The plaintiff is ***cautioned*** that failure to pay the $350.00 filing fee within the time allowed by this court will result in the dismissal of this case.

    Done this 10th day of April, 2008.

                                        /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE