IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRYAN ALEXANDER BAXTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08-CV-138-WKW |
| | ) | |
| KIM TURNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that:

1. The plaintiff is GRANTED an extension from April 25, 2008 to and including May 9, 2008 to submit the $350.00 filing fee in compliance with the directives of the order entered on February 26, 2008 (Court Doc. No. 3) *or* advise the court of whether he seeks to proceed with this cause of action..

2. No fee be deducted from the plaintiff's inmate account by jail officials unless with the permission of the plaintiff.

3. On or before May 5, 2008, the plaintiff shall specifically advise jail officials of whether he seeks to make payment of the requisite filing fee.

The Clerk is DIRECTED not to accept payment of a filing fee unless such fee indicates plaintiff's acquiescence to payment and to provide a copy of this order to the inmate account clerk at the Houston County Jail.

Done this 28th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE