DEAR DEBRAH HACKETT,

I WROTE YOU A LETTER CONCERNING $350.00 WHICH WAS DEDUCTED FROM MY ACCOUNT HERE IN THE COUNTY JAIL. THE $350.00 WAS DEDUCTED BECAUSE OF A PETITION I FILED FOR CRUEL AND UNUSUAL PUNISHMENT. THROUGH MY UNDERSTANDING, THE CASE WAS DISMISSED BY JUDGE OF DISTRICT COURT DUE TO MY RESPOSIBILITY OF NOT COOPERATION OF NOT SENDING $350.00 FOR LEGAL CASE FILING. I DID WRITE YOU BACK ASKING FOR A 1983 FORM. THEN I HAD ASKED COULD I HAVE THE CASE FOR CRUEL AND UNUSUAL PUNISHMENT REINSTATED IF I REQUESTED TO HAVE REINSTATED, BUT YOU DIDNT RESPOND TO MY QUESTION. I DIDNT ASK FOR THE CASE TO GO ANY FURTHER WHICH THAT ON THE 25TH OF APRIL I FOUND OUT THAT $350.00 WAS DEDUCTED FOR CASE FILING WHICH WAS A MISUNDERSTANDING FROM YOU TOWARDS MY PAST LETTER. THE $350.00 WAS DEDUCTED ILLEGALLY. I DID NOT REQUEST NOR GAVE ANY C/O IN THIS JAIL TO SEND YOU $350.00 FOR THE FILING OF CASE. I ALSO DID NOT SIGN $350.00 OVER TO THE DISTRICT COURT NOR DID I RECIEVE A RECIEPT FROM THE $350.00 BEING DEDUCTED FROM MY ACCOUNT. PLEASE HAVE THE CASE TERMINATED. DUE TO THE ILLEGAL MONEY WITHDRAWL, THE $350.00 SHALL BE REFUNDED TO MY ACCOUNT. MY REASONS ARE THEREFORE, I DID NOT SIGN ANYTHING OVER TO DEDUCT THE MONEY, THE MONEY HAS BEEN DEDUCTED ILLEGALLY, I DID NOT REQUEST THE JAIL CLERK TO WITHDRAW THE $350.00 FROM MY ACCOUNT. MS. HACKETT, PLEASE COVER YOUR ERRORS AND HAVE $350.00 REFUNDED TO MY ACCOUNT BALANCE. SORRY FOR THE INCONVENIANCE OF TROUBLE. THANK YOU!

RESPECTFULLY SUBMITTED,

Bryan Alexander Baxter

BRYAN ALEXANDER BAXTER
HCJ 901 EAST MAIN STREET
DOTHAN ALABAMA 36301

RECEIVED
2008 MAY -2 A 9:54
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ADDING TO THIS LETTER:

SGT DAVIS HERE IN THE COUNTY JAIL TOLD ME THAT ONCE SHE RECIEVED THE PAPERWORK FOR THE SUIT, MONEY IS DEDUCTED. THIS STATEMENT FROM SGT. DAVIS IS NOT TRUE BECAUSE ON THE MOTIONS IT CLEARLY LISTS THAT IT'S MY RESPONSIBILITY TO SEND $350.00 TO LEGAL CASE FILING.. WHAT I AM WANTING FOR YOU TO UNDERSTAND IS THAT THE $350.00 WAS DEDUCTED WITHOUT MY PERMISSION WHICH WAS ILLEGAL. SGT DAVIS HERE IN COUNTY JAIL IS FORCING ME THROUGH THIS MONEY DEDUCTION, BECAUSE SHE WITHDREW THIS $350.00 WHEN SHE RECIEVED ~~HER COPY~~ THE COPY OF SUIT. SGT DAVIS OR WHOEVER DEDUCTED MY MONEY HAS DEDUCTED THE MONEY BECAUSE THEY HAVE COMPLETE ACCESS TO ALL INMATES ACCOUNT BALANCES. IF I WAS NOT INCARCERATED WITH THIS SUIT THEN COULD BE NO WAY FOR ANYONE TO TAKE MY MONEY WITHOUT MY PERMISSION, SO HOW DID SHE HAVE A RIGHT TO DEDUCT MY MONEY WITHOUT PERMISSION? IF I CANT HAVE MY MONEY REFUNDED THEN I'D STILL LIKE TO CONTINUE WITH CASE BUT I'M STILL LOOK FORWARD TO A $350.00 REFUND. LET ME KNOW WHAT YOU CAN DO FOR ME. I CLAIM THAT THERES ALOT ILLEGAL ACTIONS HANDLED BY THE HCJ. RESPOND AS SOON AS POSSIBLE.

DUE TO MY CASE NO.          , I DIDNT WANT TO PREFER TO KIM TURNER BUT SHE'S LISTED FIRST ON THE 1983 FORM. I WANT TO PREFER TO SHERIFF ANDY HUGHES OF HOUSTON COUNTY. 3 NAMES WAS LISTED PERTAINING TO THE 1983, KIM TURNER, COMMANDER KEITH REED AND ANDY HUGHES.

RESPECTFULLY SUBMITTED

*Bryan Alexander Baxter*

BRYAN ALEXANDER BAXTER
HCJ 901 EAST MAIN STREET
DOTHAN AL 36301

BRYAN ALEXANDER BAXTER #544AB M5
HCJ 901 EAST MAIN ST.
DOTHAN AL 36301

MONTGOMERY AL 361
01 MAY 2008 PM 3 T

LEGAL

UNITED STATES DISTRICT COURT CLERK
P.O. BOX 711
MONTGOMERY AL 36130-0711