IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRYAN ALEXANDER BAXTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08-CV-138-WKW |
| | ) | |
| KIM TURNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that:

1. No funds be deducted from the plaintiff's inmate account by jail officials for payment of the filing fee in this case.

2. If any funds have previously been deducted for payment of such fee, jail officials shall return the funds to plaintiff's inmate jail account.

The Clerk is DIRECTED to mail a copy of this order to Sgt. Davis, a correctional officer at the Houston County Jail, and the inmate account clerk at the Houston County Jail.

Done this 2nd day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE