BRYAN ALEXANDER BAXTER
VS
STATE OF ALABAMA HOUSTON CO.

U.S. DISTRICT COURT
OF MONTGOMERY AL
PRO SE
1:08 CV 138 - WKW

## MOTION TO INVESTIGATE THE HOUSTON COUNTY JAIL FOR ILLEGAL ACTIVITIES

COMES NOW THE PLAINTIFF, BRYAN ALEXANDER BAXTER BY AND THROUGH HIMSELF AND MOVES THE DISTRICT COURT TO INVESTIGATE THE HOUSTON COUNTY JAIL FOR ILLEGAL ACTIVITIES, THEREFORE

1. THE JAIL CLERK DEDUCTS MONEY FROM THE ACCOUNTS OF INMATES WITHOUT THEIR CONSENT.
2. INMATES ARE NOT ALLOWED TO RECIEVE COPIES OF RESPONSE FROM COMPLAINTS.
3. INMATES ARE BEING HOUSED ON FLOORS OF THE JAIL WITH GERMS AND INSECTS.
4. INMATES DO NOT RECIEVE BLOOD TESTS FOR HIV/AIDS WHEN THE BOOKING OF AN INMATE IS IN PROGRESS FROM DOCKET.
5. TRUSTEES FROM THE KITCHEN DOES NOT RECIEVE BLOOD TESTS BEFORE WORKING.
6. HEALTHY INMATES ARE BEING HOUSED WITH DISEASED INMATES
7. INMATE MAIL IS FORCED TO BE KEPT OPEN SO THAT THEY CAN READ ALL INCOMING AND OUTGOING MAIL.
8. INMATES WITH RELIGIOUS BACKGROUNDS ARE FORCED TO CUT THEIR HAIR WHICH IS AGAINST THEIR RELIGION.
9. INMATES DO NOT RECIEVE ANY TYPE OF RECREATION WHATSOEVER
10. COUNTY MEDICAL VISITS ARE EXTREMELY HIGH FOR INMATES
11. TAZER GUNS ARE BEING USED IN A THREATENING MANNER TO GET COOPERATION FOR INMATES TO DO THINGS THAT THEY'RE NOT SUPPOSED TO DO. / MASE SPRAY FOLLOWS AS WELL.

WHEREFORE THE PLAINTIFF REQUESTS THAT THE DISTRICT COURT APPROVES FOR THE ILLEGAL ACTIVITIES TO BE INVESTIGATED THOROUGHLY TO GET TO THE CORE OF THE PROBLEM.

RESPECTFULLY SUBMITTED
Bryan Alexander Baxter
BRYAN ALEXANDER BAXTER
HCJ 901 EAST MAIN STREET
DOTHAN AL 36301

## CERTIFICATE OF SERVICE

I BRYAN ALEXANDER BAXTER DO HEREBY CERTIFY A COPY OF THE FORGOING MOTION IS PROVIDED FOR THE CLERK OF DISTRICT COURT AND FBI HEADQUARTERS J EDGAR HOOVER BUILDING 935 PENNSYLVANIA AVE N.W. WASHINGTON DC 20535-0001 ON THIS THE 20 DAY MAY 2008

Bryan Alexander Baxter
BRYAN ALEXANDER BAXTER

BRYAN ALEXANDER BAXTER #564698 NS
HOLMAN COUNTY JAIL 901 EAST MAIN
DOTHAN AL 21321

[Postmark: 20 MAY 2008 PM 3 L, MONTGOMERY AL 361]
USA FIRST-CLASS FOREVER

LEGAL MAIL

U.S. DISTRICT COURT CLERK
DEBRA HACKETT
PO BOX 711
MONTGOMERY, AL 36130-0711

36101/0711