BRYAN ALEXANDER BAXTER
VS
HOUSTON COUNTY JAIL
SHERIFFS DEPARTMENT
ANDY HUGHES

IN THE DISTRICT COURT
OF MONTGOMERY
"PRO SE"

1:08 CV 138-WKW

2008 MAY 21 A 10:09

## MOTION TO INVESTIGATE THE HOUSTON COUNTY JAIL DUE TO ILLEGAL ACTIVITIES

COMES NOW THE PLAINTIFF BRYAN ALEXANDER BAXTER BY AND THROUGH HIMSELF AND MOVES THIS HONORABLE COURT TO RUN AN INVESTIGATION ON THE HOUSTON COUNTY JAIL DUE TO ILLEGAL ACTIVITIES THEREFORE FOLLOWS:

1. MONEY FROM THE INMATES ACCOUNT IS WITHDRAWN WITHOUT THE CONSENT FROM AN INMATE
2. HEALTHY INMATES ARE HOUSED WITH DISEASED INMATES WHICH THAT NO BLOOD TEST ARE BEING GIVEN.
3. INMATES WITH RELIGIOUS BACKGROUNDS ARE BEING FORCED TO CUT THE HAIR FROM THEIR HEADS.
4. THE JAIL IS OVERCROWDED OF HOUSING INMATES FOR MONEY
5. INMATES WITHOUT POSING A THREAT TO AN OFFICER IS BEEN GETTING TAZED OR MASED
6. NO RECREATIONAL ACTIVITIES ARE PROVIDED
7. INMATES ARE CHARGED EXTREMELY TOO MUCH MONEY FOR MEDICAL VISITS AND MEDICATION
8. THERE'S NO TYPE OF UP TO DATE LAW BOOKS NOR ANY LITERATURE TO HELP INMATES ON THEIR CASES
9. DRUG PROGRAMS, SCHOOL EDUCATION IS NOT PROVIDED
10. JAIL COMMANDER KEITH REED DOESN'T ALLOW NOTORIZATION TO LEGAL PREFERENCES
11. THE HOUSTON COUNTY JAIL IS RUN BY UNEDUCATIONAL SHERIFF, SGT, AND COMMANDER.

WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT ENTER AND ORDER TO INVESTIGATE THE HOUSTON COUNTY JAIL DUE TO ILLEGAL ACTIVITIES.

RESPECTFULLY SUBMITTED
Bryan Alexander Baxter
BRYAN ALEXANDER BAXTER
HCJ 901 EAST MAIN ST.
DOTHAN AL 36301

## CERTIFICATE OF SERVICE

I BRYAN ALEXANDER BAXTER DO HEREBY CERTIFY A TRUE COPY OF THE FOREGOING MOTION IS PROVIDED FOR THE DISTRICT COURT CLERK AND THE FBI HEADQUARTERS J EDGAR BUILDING 935 PENNSYLVANIA AVE N.W. WASHINGTON DC 20535-0001 ON THE 19TH DAY OF MAY 2008

Bryan Alexander Baxter
BRYAN ALEXANDER BAXTER

BRYAN ALEXANDER BAXTER #514098 NLS
HOUSTON COUNTY JAIL 901 EAST MAIN ST
DOTHAN ALABAMA 36301

LEGAL

U.S. DISTRICT COURT CLERK
DEBRA HACKETT
P.O. BOX 711
MONTGOMERY AL 36130-0711

36101/0711