IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN ALEXANDER BAXTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08-CV-138-WKW |
| | ) |
| KIM TURNER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motions for federal investigation filed by the plaintiff on May 21, 2008 (Court Doc. No. 11 and Court Doc. No. 12), and for good cause, it is

ORDERED that these motions be and are hereby DENIED. The plaintiff is advised that if he seeks to challenge the constitutionality of the actions referenced in the aforementioned motions he may do so by filing a 42 U.S.C. § 1983 complaint.

Done this 22nd day of May, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE