MASTER 1

MATTERS FOR CASE NO.: 08CV138  V.S. HCJ

**CRUEL AND UNUSUAL PUNISHMENT**

**BOOKING/DOCKET:** Inmates are stripped from civilian clothings and given an orange Houston County Jail jumpsuit without any undergarments to wear to keep from exposing private area. Inmates are given hygiene products of one of soap, tissue, lotion, shampoo, toothbrush, toothpaste, comb, mattress, mattress cover, blanket. Inmates are not issued to any undergarment whatsoever. Used shower shoes are issued which is dangerous health hazard. I have proof of a germ disease, infection from the medical by using used shower shoes. The infection/disease was a skin disorder of small numerous pus bumps all over my feet and hands. The disorder caused itching and swelling. Doctor Banner claimed that the disorder was only a rash. The nurse next gave me hydrocortisone and Lamisil to rub over the infected area of the hands and feet. The hydrocortisone and Lamisil did not cure the disorder. I was then prescribed doxycycline for the disorder. Using germed shower shoes is a filthy improper part of hygiene, which causes HIV/AIDS viruses. This matter is pertained to cruel and unusual punishment.

**DETOX HOLDING CELLS:** Are not clean, filthy, and there's no toilet paper kept for wiping. Over 20 inmates are housed in this one cell.

**DOCKET:** Places/house diseased inmates with the healthy inmates. Inmates don't receive blood test for HIV/AIDS. This matter is a very dangerous cruel and unusual punishment.

**MEDICAL INFIRMARY:** Through the booking, it takes more than 3 days/72 hours to see nurse or doctor. Through a complaint or request, it takes over 72 hours to visit medical. Blood tests are not given at all. There's no dentist here. The medical forces all inmates to pay for medication and all visits. The amount of fees is extremely too much. Nurses and doctor takes our complaints as a joke and argue with inmates about their problems. We're sometimes not given the medication requested. This matter is a very dangerous cruel and unusual punishment.

**POPULATION HOUSING:** Inmates are housed in an overcrowded dorm on floors of dorm and placed 3 men into a 2 bedroom. The dorm floors contain insects and germs of HIV/AIDS virus. Inmates are housed together with diseased and healthy inmates. Low risk cased inmates are housed along with habitual offenders of high risk cased inmates, which can cause for confusion from surrounding. This matter is a very dangerous cruel and unusual punishment.

**KITCHEN:** Inmates arent paid to work. Blood tests are not given at all. Trustees can't be trusted. I've found hair and mop strings in the food. Professional cooks deserve to be hired to cook for the Houston County Jail. Feeds from the kitchen with diseased inmates has been spreading sick illness through dorms. This matter is a very dangerous cruel and unusual punishment.

**FOOD:** Is not proportioned enough on trays for 3 meals everyday for the men and women of the age of 16-40 yrs. The food trays only weigh approximate 5 oz. which is not acceptable. Food trays should weigh approximately 10 oz. or better per inmate. The food isnt well done.
The Keefe Company for commissary charges extremely too much of our money. The commissary spending each week isnt enough from $50.00 each week because of extreme pay. All kitchen foods are imitation foods. This matter is a very dangerous cruel and unusual punishment.

**RECREATION:** There's no recreation nor any type of gym whatsoever. Inmates are housed in dorms 24 hrs daily without recreation hours.

**PROTECTED CUSTODY HOUSING:** Juveniles are housed in a cell 23 hours a day with adults 18 and older. 16-17 juveniles shall be housed alone. In 2004 I was housed in population with everyone 18 and older. Protected custody arent allowed to buy commissary except hygiene. Protected custody is not allowed to a television, recreation, nor daily use of phone. This consists to be a type of punishment for any matter whatsoever. This matter is a very cruel and unusual punishment.

**LAW LIBRARY:** Contains no guide, computer, copiers, texts up to date. All books are old and considered no help at all. The HCJ need new law books and better electronics.

**GRIEVANCE AND REQUEST FORMS:** Are rarely answered which takes 30 days to answer. The jail sgt and commander responses are not acceptable. The jail commander does not allow the inmates to receive a copy of response due to proof of responses. One grievance is signed for each day. One grievance and request forms are given one a day.

**ELECTRICITY CIRCUIT:** Sometimes shuts down and causes paid phone calls to be terminated. Money isnt refunded.

**LAUNDRY:** Laundry clothes is being washed together of diseased inmates and healthy inmates.

**MAIL:** All mail is kept open and read. During the mail handling, Ms. Reed does not seal mail properly. A half inch piece of clear tape is placed on mail for sealing. All mail shall be sealed properly. No pictures allowed in mail. All legal mail is forced to be paid for. The mail incoming is sometimes torn/cut in half which that the mail lady Ms. Reed is not handling with care. Jail housed inmates arent allowed to write each other.

**COMMISSARY:** Inmates are charged for an account summary. Commissary is extremely high amount cost. Purchases are not inventoried. Inmates receive over due dated items/said commissary jail clerk takes items out of inmate orders.

CELL RESTRICTION: CELL RESTRICTION STANDS FOR HOURS IN CELL AWAY FROM POPULATION. THE JAIL COMMANDER REFERS CELL RESTRICTION AS SEGREGATION/LOCKDOWN. CELL RESTRICTION CONSISTS OF IN A CELL 23 HOURS A DAY WITH ALL PERSONAL ITEMS. ILLEGAL RULINGS HAVE BEEN USED THROUGH USE CONTROL OF RANK TO CHANGE THE ENVIRONMENT HERE IN THE HOUSTON COUNTY JAIL TO KEEP INMATES FROM HELPING THEMSELVES IN DIFFICULT SITUATIONS FOR JUSTICE. THE CELL RESTRICTION RULES ARE UNACCEPTABLE.

INMATES ON SEGREGATION/LOCKDOWN ARE ALLOWED TO FOLLOWING ITEMS BETWEEN THE HOURS OF 7:00 AM – 7:00 PM

- 1 UNIFORM
- 1 T-SHIRT
- 1 PAIR OF SHOWER SHOES / AND NO TENNIS SHOES
- 1 TOWEL
- 1 TOOTHBRUSH
- 1 PAIR OF BOXER

- 1 PAIR OF SOCKS
- 1 BAR OF SOAP
- 1 BIBLE
- 1 COUNTY ISSUED CUP
- 1 WASHCLOTH
- 1 TOOTHPASTE
- NO THERMAL COMBINATION

MATTRESS, MATTRESS COVER AND BLANKET FROM 7:00 PM – 7:00 AM

INMATES ARE NOT ALLOWED TO LEGAL INFORMATION NOR ANY OTHER PERSON WRITING UTENSILS. INMATES ARE NOT ALLOWED TO A PHONE CALL DURING THE DAILY HOUR OUT OF CELL. INMATES ARE NOT ALLOWED TO HANDLE THEIR OWN PROPERTY OUT OF THEIR LOCKDOWN PROPERTY BAGS. FEEDING HOURS ARE LUNCH/11:00 AM DINNER/5:00 PM AND BREAKFAST/5:00 AM. C/O FEEDS LOCKDOWN DINNER AT 6:30 PM WHICH CAUSES FOOD TO COLD. LOCKDOWN INMATES ARE TREATED TO FAVORITISM DUE TO POPULATION.

DUE TO RULES, THE MATTER IS A LACK OF HYGIENE AND UNACCEPTABLE. TAKING AWAY MATTRESSES IS CRUEL BECAUSE INMATES ARE FORCED TO SLEEP ON STEAL. THE TEMPERATURE IS COLD CLIMATES OF 40° DEGREES AND CAUSES COLD/FLU ILLNESS. LOCKDOWN INMATE RULES VIOLATES OUR RIGHTS TO LEGAL ACCESS, PROPER HYGIENE, AND PHYSICAL/MENTAL CONTROL OF COMFORT. THE JAIL COMMANDER, SGT, SHERIFF AND ALL C/O USE REVERSE PSYCOLOGY TO TAKE ADVANTAGE OF THE MINDS OF OTHERS. THIS MATTER IS A VERY DANGEROUS CRUEL AND UNUSUAL PUNISHMENT.

TAZER GUNS: ARE TO BE AIMED FROM THE WAIST DOWN. C/O HAS USED TAZERS FOR INTIMIDATION. C/O AIMS THE TAZERS IN THE ABOVE BODY AREA OF THE FACE INTO THE EYES OF INMATES. C/O HAVE TAZED INMATES WITHOUT POSING A THREAT. TAZERS ARE DEADLY. INMATES DO SUFFER FROM BEING HIT ILLEGALLY FROM BEHIND. THIS MATTER IS A VERY DANGEROUS CRUEL AND UNUSUAL PUNISHMENT.

MASE: HAS BEEN USED BY C/O WITHOUT AN INMATE POSING A THREAT. MASE HAS BEEN USED FOR INTIMIDATION ALSO. THIS MATTER IS A VERY DANGEROUS CRUEL AND UNUSUAL PUNISHMENT.

PHYSICAL FEATURES: THE JAIL COMMANDER IS FORCING AND HAVE FORCED COUNTY INMATES WITH RELIGIOUS BACKGROUNDS TO CUT/SHAVE THEIR HAIR OFF OF HEADS.

EX-4

SANCTIONS: ↓

| | |
|---|---|
| 1ST | 1 WEEK LOSS COMMISSARY AND VISITATION |
| 2nd | 2 WEEK LOSS COMMISSARY AND VISITATION |
| 3rd | 3 DAYS CELL RESTRICTION |
| 4TH | 7 DAYS CELL RESTRICTION |
| 5TH | 10 DAYS CELL RESTRICTION |
| 6TH | 14 DAYS CELL RESTRICTION |
| 7TH | 21 DAYS CELL RESTRICTION |
| 8TH | 30 DAYS CELL RESTRICTION |
| 9TH | DISCIPLINARY HEARING |
| | 1ST ASSAULT CARRIES TO 21-30 DAYS IF FOUND GUILTY./AUTOMATIC CELL RESTRICTION |

SUBMITTED,
*Bryan Alexander Baxter*
BRYAN ALEXANDER BAXTER *

HERE'S ALOT OF ILLEGAL ACTIVITY GOING ON HERE IN THE HOUSTON COUNTY JAIL. PLEASE LOOK FORWARD TO AN INVESTIGATION.

SUBMITTED,

BRYAN A. BAXTER

RECEIVED
2008 MAY 23 A 9:35
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



MONTGOMERY AL [LEGAL]
22 MAY 2008 PM 2 T

US DISTRICT COURT CLERK
DEBRA HACKETT
PO BOX 711
MONTGOMERY AL 36101-0711

BRYAN RAUTER #240985
401 001 EAST MAIN STREET
DOTHAN AL 36301