IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN ALEXANDER BAXTER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:08-cv-0138-WKW |
| | ) |
| KIM TURNER, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

On May 5, 2008, the Magistrate Judge filed a Recommendation (Doc. # 10) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 10) is ADOPTED;

2. The plaintiff's motion to dismiss (Doc. # 8) is GRANTED;

3. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 3rd day of June, 2008.

                                            /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE